FILED
8/30/2021
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RENATO Y. HIRATA,**<br><br>**Defendant.** | **VIOLATION:**<br>**E1103325**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation E1103325 (for a total of $70), and for good cause shown, IT IS ORDERED that the $70 fine paid by the defendant is accepted as a full adjudication of violation E1103325.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 30th day of August, 2021.

_____
John Johnston
United States Magistrate Judge